UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:10-CV-40-H

GARY WAYNE DAVIS                                                          PETITIONER

V.

JOHN MOTLEY, WARDEN                                      RESPONDENT

**MEMORANDUM OPINION AND ORDER**

Petitioner, Gary Wayne Davis, has moved the Court for a writ of habeas corpus under 28 U.S.C. § 2254, on the grounds that the prosecution suppressed evidence of key witnesses that deprived him of a fair trial in state court. Respondent moved to dismiss the petition and the Court referred the matter to the Magistrate Judge for a report and recommendation.

Magistrate Judge James D. Moyer thoroughly reviewed the matter and has recommended that the Court deny the petition on the grounds that the state court ruling that the documents in question were not material was both reasonable and correct.

Petitioner has filed objections to the Magistrate's Report and Recommendation on the grounds similar to those which the Magistrate Judge has already considered. After reviewing the objections, the Court concludes that the Magistrate's Report and Recommendation should be adopted as correct.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Court accepts the Report and Recommendation of the Magistrate Judge and the petition for writ of habeas corpus is DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED for the reasons set forth in the Magistrate Judge's Report and Recommendation.

This is a final and appealable order.

cc: Counsel of Record